

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

**MEMO ENDORSED**

December 31, 2020

**VIA ECF**
Hon. Judge Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> The Jan. 6, 2021 ICMC is adjourned sine die. By Jan. 29, 2021, Plaintiff shall either file an affidavit of service or move for a default judgment against Defendant. ECF 7 resolved. SO ORDERED.
>
> /s/ Ona T. Wang  Jan. 4, 2021
> U.S.M.J.

Re:  Cruz v. Voodoo Doughnut, LLC; Civil Action No. 1:20-cv-09462

Dear Judge Wang,

The undersigned represents Plaintiff Shael Cruz (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for January 6, 2021 at 12:00 p.m. It is now December 31, 2020, and Defendant has yet to appear in this case. In fact, Plaintiff has still not received an Affidavit of Service from its process server.

In light of the above, the undersigned requests that the upcoming Conference be adjourned as well as an additional 30 days in which to file an Affidavit of Service with the Court.

Thank you for your time and consideration of the above request.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.